**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **LARRY AND I.A. "PAT" PATTERSON,** | § | |
| **INDIVIDUALLY AND AS** | § | |
| **REPRESENTATIVES OF** | § | |
| **WILLIE FAYE PATTERSON, DECEASED** | § | |
| | § | |
| **Plaintiffs,** | § | **CIVIL ACTION NO. 2-06CV-443** |
| | § | |
| **v.** | § | **(JURY)** |
| | § | |
| **NEXION HEALTH, INC. D/B/A** | § | |
| **SHERMAN HEALTHCARE CENTER AND** | § | |
| **NEXION HEALTH AT SHERMAN, INC. D/B/A** | § | |
| **SHERMAN HEALTHCARE CENTER** | § | |
| | § | |
| **Defendants.** | § | |

## ORDER GRANTING PLAINTIFFS' MOTION TO STRIKE DEFENDANTS' EXPERTS

Before the Court is Plaintiffs' Motion to Strike Defendants' Experts.  After consideration of the pleadings, evidence, and responses filed by the parties the Court finds that said Motion should be and hereby is in all things GRANTED.

It is therefore ORDERED, ADJUDGED, AND DECREED that Plaintiffs' objections to Defendants' expert designation are hereby SUSTAINED.

It is further ORDERED that Defendants' Amended Disclosures/Expert Designation is hereby stricken and Defendants' untimely designated experts shall be precluded from testifying in the trial of this cause and their reports and other information shall not be admitted into evidence or used in any way.

It is further ORDERED that Defendants pay the costs, including reasonable attorney's fees, incurred because of the necessity of these motions in the amount of $_____ to be paid within ten (10) days of the date of this Order.